No. 96–1447. UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, AFL–CIO *v.* BE&K CONSTRUCTION CO.

ET AL. Sup. Ct. Ala. Certiorari denied.